UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE BRIDGEPORT GUARDIANS, INC. ET AL     CIVIL ACTION NO. B78-175 (JBA)

    PLAINTIFFS

V.

ARTHUR J. DELMONTE, ET AL     OCTOBER 23, 2007

    DEFENDANTS

## RECOMMENDED RULING ON MOTION TO REPLACE INTERNAL COMPLIANCE OFFICER

On September 21, 2007, the defendant, City of Bridgeport filed Motion To Replace Internal Compliance Officer with the Special Master. The request was made to permit the current compliance officer, Lt. James Baraja, to further his career at the Bridgeport Police Department; the Lieutenant is currently a candidate for Captain. For the parties' consideration, the defendant submitted background information on Sgt. Jessica Tillson, the proposed replacement for Lt. Baraja.

Subsequently, on September 26, 2007 the Special Master sent the defendants' motion and attachment to the parties requesting response memoranda by October 12, 2007.

On October 9, 2007, counsel for the defendant sent correspondence to the Special Master noting that the counsel for the plaintiffs had no objection to replacing the current Compliance Officer, Lt. Baraja with Sgt. Jessica Tillman.

Accordingly, it is recommended that the defendant's Motion to Replace Internal Compliance Officer dated September 21, 2007 be granted.

SO ORDERED.

Dated at New Haven, Connecticut, this 23rd day of October 2007.

WILLIAM H. CLENDENEN, JR. [ct04261]
Special Master
400 Orange Street
New Haven, CT 06511
Telephone: 203-787-1183
Fax: 203-787-2847
Email: office@clenlaw.com

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Mark Anastasia, Esq., City Attorney; Melanie Howlett, Esq., Associate City Attorney, City of Bridgeport, 999 Broad Street, Bridgeport, CT 06601, Antonio Ponvert, Esq., Sean K. McElligott, Esq., Koskoff, Koskoff & Bieder, P.O. Box 1661, Bridgeport, CT 06601; Harry Elliott, Jr., Esq., AFSCME Council 15, Legal Department, 290 Pratt Street, Meriden, CT 06450, William J. Wenzel, Esq., Aimee J. Wood, Esq., Pullman & Comley, LLC, 850 Main Street, P.O. Box 7006 Bridgeport, CT 06601-7006 on the 23rd day of October 2007.

_____
WILLIAM H. CLENDENEN, JR., ESQ.
SPECIAL MASTER